IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-1001
 ((((((((((((((((

 La Villita Motor Inns, J.V., Executive Motels Of San Antonio, Inc. And S.A.
 Sunvest Hotels, Inc., Petitioners

 v.

 Orix Capital Markets, LLC, Bank of America, N.A., LNR Partners, Inc.,
 Capmark Finance, Inc., Nicholas M. Pyka as Trustee, Michael N. Blue as
 Trustee and Greta E. Goldsby as Trustee, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the suggestion of bankruptcy of La Villita Motor
Inns, J.V., filed with this Court on January 7, 2011, this case is ABATED
effective as of December 17, 2010.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 14th day of January, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk